# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DINO BRADLEY,** | ) |
| **Petitioner,** | ) |
| vs. | ) CIVIL NO. 06-077-JPG |
| **SARA REVELLE,** | ) |
| **Respondent.** | ) |

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

February 2, 2006                     By:    **s/ J. Phil Gilbert**
*Date*                                              *District Judge*